IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 2:25-cr-535 |
| v | 18 U.S.C. § 844(i) |
| **DANIEL BRENDAN KURT CLARKE-POUNDER** | 18 U.S.C. § 844(c)(1) |
| | 18 U.S.C. § 981(a)(1)(C) |
| | 18 U.S.C. § 981(a)(1)(G) |
| | 18 U.S.C. § 982(a)(2)(B) |
| | 26 U.S.C. § 5822 |
| | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5861(f) |
| | 26 U.S.C. § 5871 |
| | 28 U.S.C. § 2461(c) |
| | **INDICTMENT** |

## COUNT 1
### (ARSON OF PROPERTY USED IN INTERSTATE COMMERCE)

THE GRAND JURY CHARGES:

That on or about March 7, 2025, in the District of South Carolina, the Defendant **DANIEL BRENDAN KURT CLARKE-POUNDER**, maliciously damaged, by means of fire and explosive materials, the Tesla charging stations located adjacent to 4855 Tanger Outlet Blvd, North Charleston, South Carolina, which are used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

## COUNT 2
### (UNLAWFUL MAKING OF A FIREARM)

THE GRAND JURY CHARGES:

That on or about March 7, 2025, in the District of South Carolina, the Defendant **DANIEL BRENDAN KURT CLARKE-POUNDER**, knowingly made a firearm, to wit: a Molotov Cocktail, that is a destructive device as defined in Title 26 United States Code, Sections 5845(a)(8),(f)(1)(A), and (f)(1)(F).

In violation of Title 26, United States Code, Sections 5861(f) and 5871.

## COUNT 3
### (POSSESSION OF AN UNREGISTERED FIREARM)

THE GRAND JURY CHARGES:

That on or about March 7, 2025, in the District of South Carolina, the Defendant **DANIEL BRENDAN KURT CLARKE-POUNDER**, did knowingly and unlawfully possess a firearm, to wit: a Molotov Cocktail, that is a destructive device as defined in Title 26, United States Code, Sections 5845(a)(8), (f)(1)(A), and (f)(1)(F), which was not registered in the National Firearms Registration and Transfer Record, as required by Title 26 United States Code, Section 5481.

In violation of Title 26, United States Code, Sections, 5861(d), and 5871.

## FORFEITURE

ARSON:

Upon conviction for violation of Title 18, United States Code, Section 844(i) as charged in this Indictment, the Defendant, **DANIEL BRENDAN KURT CLARKE-POUNDER**, shall forfeit to the United States any property, real or personal, involved in the offense, constituting, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offense.

PROPERTY:

Pursuant to Title 18 United States Code, Sections 844(c)(1), 981(a)(1)(C) and (G), and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c), the property subject to forfeiture includes, but is not limited to, the following:

Cash Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained directly or indirectly from the offense charged in the Indictment, that is, a minimum of $60,000.00 in United States currency and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from the arson offense charged in the Indictment.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant –

(a)    cannot be located upon the exercise of due diligence;
(b)    has been transferred or sold to, or deposited with, a third person;
(c)    has been placed beyond the jurisdiction of the Court;
(d)    has been substantially diminished in value; or
(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the said Defendant

up to the value of the above described forfeitable property;

Pursuant to Title 18 United States Code, Sections 844(c)(1), 981(a)(1)(C) and (G), and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

A _____ True _____ BILL



FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

BY: _____
W. COLE SHANNON, #13240
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, South Carolina 29401
Tel.: (843) 727-4381