UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | CR. NO.: 2:25-cr-00535-DCN |
| Plaintiff, | § § | 18 U.S.C §844(i) |
| vs. | § § § | |
| DANIEL BRENDEN KURT CLARKE-POUNDER, | § § § | MOTION TO PERMIT BOND AND/OR MOTION TO TEMPORARILY MODIFY BOND |
| Defendant. | § | |

**NOW COMES** the Defendant Daniel Brenden Kurt Clarke-Pounder, by and through undersigned counsel, and with the consent of the government, who respectfully moves this Court to permit the Defendant to travel to the Town of Folly Beach, South Carolina for a family vacation. The Defendant would leave on Tuesday, August 12, 2025 and return home on Saturday, August 16, 2025. To date, the Defendant has been compliant with all terms and conditions of his bond. Undersigned counsel has discussed this request with Assistant United States Attorney Cole Shannon, and he consents to his motion.

WHEREFORE, the Defendant requests an Order from the Court granting the travel request and temporarily modify bond as described above.

                              GRUENLOH LAW FIRM

                BY:    s/Patrick Aulton Chisum
                           Patrick Aulton Chisum, Esq.
                           Federal Bar No.: 11519
                           Gruenloh Law Firm
                           67 Moultrie Street, 2nd Floor
                           Charleston, SC 29403
                           Phone: (843) 577-0027
                           Fax: (843) 577-0721

Email: Patrick@Gruenlohlaw.com

*Attorney for the Defendant DANIEL BRENDEN KURT CLARKE-POUNDER*

July 29, 2025

2:25-cr-00535-DCN     Date Filed 07/29/25     Entry Number 27     Page 2 of 2