UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | § | CR. NO.: 2:25-cr-00535-DCN |
| | § | 18 U.S.C §844(i) |
| vs. | § | |
| DANIEL BRENDEN KURT CLARKE-POUNDER, Defendant. | § | MOTION TO MODIFY THE TERMS AND CONDITIONS OF BOND |

**NOW COMES** the Defendant Daniel Brenden Kurt Clarke-Pounder, by and through undersigned counsel, and without opposition from the government, who respectfully moves this Court to modify the terms and conditions of his bond conditions as follows:

1. Defendant is permitted to travel to and from the Planet Fitness located at 5101 Ashley Phosphate Road, North Charleston, SC 29418 during week days(Monday through Friday) between the hours of 6:00am to 7:00am.
2. Defendant is permitted to travel to and from the Wescott Park located at 9006 Dorchester Road, North Charleston, SC 29420 on Saturdays between the hours of 1:00pm to 3:00pm.

To date, the Defendant has been compliant with all terms and conditions of his bond. Undersigned counsel has discussed this request with Assistant United States Attorney Cole Shannon, and he consents to his motion.

WHEREFORE, the Defendant requests an Order from the Court granting the travel request and temporarily modify bond as described above.

GRUENLOH LAW FIRM

BY: s/Patrick Aulton Chisum

Patrick Aulton Chisum, Esq.
Federal Bar No.: 11519
Gruenloh Law Firm
67 Moultrie Street, 2nd Floor
Charleston, SC 29403
Phone: (843) 577-0027
Fax: (843) 577-0721
Email: Patrick@Gruenlohlaw.com

*Attorney for the Defendant DANIEL BRENDEN KURT CLARKE-POUNDER*

April 20, 2026